UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
KLAUS WIMMER,

                                      Plaintiff,

-against-

LUMBER LIQUIDATORS, INC. AND BOSTIK, INC.

                                      Defendants.
------------------------------------------------------------------x

**RULE 7.1 DISCLOSURE STATEMENT**

Case No. 07 CIV 10599 (KMK/MDF)

      Pursuant to Fed.R.Civ.P. 7.1, Defendant Barrett, Inc. identifies the following parent corporation or publicly held corporation that owns 10% or more of its stock:

      Defendant Bostik, Inc. is a wholly owned subsidiary of Total S.A., which is incorporated under the laws of France and has a principal office and place of business at Courbevoie, France. Total S.A. is traded on the Paris, London, Brussels and New York Stock Exchange

Dated:       Poughkeepsie, New York
               November 29, 2007

                                            YOURS, ETC.,

                                            _____
                                            J. Scott Greer, Esq. (JG 2203)
                                            A Member of the Firm
                                            LEWIS & GREER, P. C.
                                            *Attorney for Defendant, Bostik, Inc.*
                                            Office and P. O. Address
                                            510 Haight Avenue, P. O. Box 2990
                                            Poughkeepsie, NY  12603
                                            Telephone: 845-454-1200

TO:    David Sears Esq.
        *Attorney for Plaintiff, Klaus Wimmer*
        One Civic Center Plaza, Suite 302
        Poughkeepsie, NY  12601

        Lillian S. Weigert Esq.
        *Attorney for Defendant, Lumber Liquidators, Inc.*
        Gellert & Klein, P.C.
        75 Washington Street
        Poughkeepsie, NY  12601

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )

COUNTY OF DUTCHESS   ) ss:

    Melinda L. Benanti being sworn says:  I am not a party to the action, am over 18 years of age and reside at Marlboro, New York.

    On November 29, 2007, I served the within RULE 7.1 DISCLOSURE STATEMENT by depositing a true copy thereof, enclosed in a post-paid wrapper, via first class mail, in an official depository under the exclusive care and custody of the U. S. Postal Service, addressed to the following:

DAVID A. SEARS, ESQ.
*Attorney for Plaintiff, Klaus Wimmer*
One Civic Center Plaza, Suite 302
Poughkeepsie, NY 12601

LILLIAN S. WEIGERT, ESQ.
*Attorney for Defendant, Lumber Liquidators, Inc.*
Gellert & Klein, P.C.
75 Washington Street
Poughkeepsie, NY 12601

                                                                                    */s/ Melinda L. Benanti*
                                                                                   Melinda L. Benanti

Sworn to before me on the
November 29, 2007.

*/s/ Veronica A. McMillan*
Notary Public

VERONICA A. McMILLAN
Notary Public, State of New York
No. 02MC6023074
Qualified in Orange County
Commission Expires April 12, 2011

LEWIS & GREER, P.C.

US DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
~~STATE OF NEW YORK, COUNTY OF~~                    Index No.         Year

---

KLAUS WIMMER,

                              Plaintiff,

-against-

LUMBER LIQUIDATORS, INC. and BOSTIK, INC.

                              Defendant

---

### RULE 7.1 DISCLOSURE STATEMENT

---

**LEWIS & GREER, P.C.**

*Attorney(s) for*   Lumber Liquidators, Inc. and Bostik, Inc.

*Office and Post Office Address, Telephone*

510 Haight Avenue, Suite 202
POUGHKEEPSIE, NEW YORK 12603
(845) 454-1200

---

To

 

Attorney(s) for

Signature (Rule 130-1.1-a)

_____
Print name beneath

Service of a copy of the within is hereby admitted.

Dated: _____

---

**PLEASE TAKE NOTICE:**

☐ **NOTICE OF ENTRY**

that the within is a *(certified) true copy of a*
duly entered in the office of the clerk of the within named court on

☐ **NOTICE OF SETTLEMENT**

that an order                                                                                      of which the within is a true copy
will be presented for settlement to the HON.                                one of the judges of the
within named Court, at
on                                                at                         M.

Dated,

                              Yours, etc.

                                    LEWIS & GREER, P.C.