## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
COUNTY OF DUTCHESS   ) ss:

    Melinda L. Benanti being sworn says: I am not a party to the action, am over 18 years of age and reside at Marlboro, New York.

    On November 29, 2007, I served the within SUMMONS AND NOTICE OF REMOVAL AND DEMAND FOR JURY TRIAL by depositing a true copy thereof, enclosed in a post-paid wrapper, via first class mail, in an official depository under the exclusive care and custody of the U. S. Postal Service, addressed to the following:

DAVID A. SEARS, ESQ.
*Attorney for Plaintiff, Klaus Wimmer*
One Civic Center Plaza, Suite 302
Poughkeepsie, NY 12601

LILLIAN S. WEIGERT, ESQ.
*Attorney for Defendant, Lumber Liquidators, Inc.*
Gellert & Klein, P.C.
75 Washington Street
Poughkeepsie, NY 12601

                                                Melinda L. Benanti

Sworn to before me on the
November 29, 2007.

Notary Public

VERONICA A. McMILLAN
Notary Public, State of New York
No. 02MC6023074
Qualified in Orange County
Commission Expires April 12, 2011

LEWIS & GREER, P.C.

US DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
~~STATE OF NEW YORK, COUNTY OF~~                    Index No.            Year

---

KLAUS WIMMER,

          Plaintiff,

-against-

LUMBER LIQUIDATORS, INC. and BOSTIK, INC.

          Defendant

---

### AFFIDAVIT OF SERVICE

---

**LEWIS & GREER, P.C.**

*Attorney(s) for*  Lumber Liquidators, Inc. and Bostik, Inc.

*Office and Post Office Address, Telephone*

510 Haight Avenue, Suite 202
POUGHKEEPSIE, NEW YORK 12603
(845) 454-1200

---

To

          Signature (Rule 130-1.1-a)

          Print name beneath

          Service of a copy of the within is hereby admitted.

          Dated:

Attorney(s) for

---

**PLEASE TAKE NOTICE:**

☐ **NOTICE OF ENTRY**

that the within is a *(certified) true copy of a*
duly entered in the office of the clerk of the within named court on

☐ **NOTICE OF SETTLEMENT**

that an order           of which the within is a true copy
will be presented for settlement to the HON.    one of the judges of the
within named Court, at
on           at       M.

Dated,

         Yours, etc.

         LEWIS & GREER, P.C.