Lillian S. Weigert (LW 2869)
GELLERT & KLEIN, P.C.
75 Washington Street
Poughkeepsie, New York 12601
(845) 454-3250 – Telephone
(845) 454-4652 – Facsimile
lweigert@gklaw.us

*Attorneys for Lumber Liquidators, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| KLAUS WIMMER,<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>LUMBER LIQUIDATORS, INC. and<br>BOSTIK, INC.,<br><br>　　　　　　Defendants. | RULE 7.1 DISCLOSURE<br>STATEMENT<br><br><br><br>Case No. 07 CIV 10599 (KMK\MDF) |

---

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for the private (non-governmental) party herein certifies that the defendant, Lumber Liquidators, Inc., has no corporate parents, subsidiaries, or affiliates that are publicly held.

Dated: Poughkeepsie, New York
　　　　December 3, 2007

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　GELLERT & KLEIN, P.C.
　　　　　　　　　　　　　　　　　　　　BY:

　　　　　　　　　　　　　　　　　　　　*/s/ Lillian S. Weigert*
　　　　　　　　　　　　　　　　　　　　LILLIAN S. WEIGERT (LW 2869)
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　Lumber Liquidators, Inc.
　　　　　　　　　　　　　　　　　　　　75 Washington Street
　　　　　　　　　　　　　　　　　　　　Poughkeepsie, NY 12601