

# Gellert & Klein, P.C.
### Attorneys at Law

Leonard Klein
Arthur L. Gellert
Stephen E. Ehlers
John A. Geoghegan
Lillian S. Weigert
James M. Fedorchak
Stephen E. Diamond ■
Scott L. Volkman
David R. Wise *
Roderick J. MacLeod
Bevin S. Harrington
Daniel H. Stock
Susan L. Flynn ▲
Pamela B. Richardson ▲
Kelly L. Traver *
Laura E. Vincenzi

75 Washington Street • Poughkeepsie, NY 12601
(845) 454-3250
(845) 454-4652 fax

Westchester office
3010 Westchester Avenue Suite 302
Purchase, NY 10577
(914) 249-0100
(914) 249-0111   fax

www.gklaw.us

Counsel

S. Nina Gellert
Raina E. Maissel ◊
Senator Stephen M. Saland
Robert C. Vincent, Jr.

Joseph H. Gellert
(1907-1989)

*Also Admitted in CT
▲Also Admitted in NJ
■Also Admitted in MA & FL
◊Also Admitted in England

March 19, 2008

**VIA ECF AND FACSIMILE**
Judge Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street, Room 533
White Plains, NY 10601-4150

      Re:   Wimmer v. Lumber Liquidators, Inc. et al
            Case No. 07 Civ. 10599
            Our File No. 26736.0003

Dear Judge Karas:

    We are counsel to defendant Lumber Liquidators, Inc. with respect to the referenced matter. A rule 16 conference was scheduled for March 25, 2008 at 2:30 PM. Counsel for all parties have agreed to the adjourn the conference to March 28, 2008 at 11:15 AM. We previously conferred with Chambers regarding this adjournment date.

    Thank you.

                                                    Respectfully yours,

                                                    GELLERT & KLEIN, P.C.
                                                    BY:

                                                    *Lillian S. Weigert/ajs*

LSW/ajs                                         LILLIAN S. WEIGERT
cc: Livingston Haskell, Esq.
    J. Scott Greer, Esq.
    Michael Martin, Esq.

F:\USER\clients\L\Lumber Liquidators\Letters\Karas ltr 3-19-08.wpd