

# Gellert & Klein, P.C.
### Attorneys at Law

Leonard Klein
Arthur L. Gellert
Stephen E. Ehlers
John A. Geoghegan
Lillian S. Weigert
James M. Fedorchak
Stephen E. Diamond *
Scott L. Volkman
David R. Wise *
Roderick J. MacLeod
Bevin S. Harrington
Daniel H. Stock
Susan L. Flynn ▲
Pamela B. Richardson ▲
Kelly L. Traver *
Laura E. Vincenzi

75 Washington Street - Poughkeepsie, NY 12601
(845) 454-3250
(845) 454-4652 fax

Westchester office
3010 Westchester Avenue Suite 302
Purchase, NY 10577
(914) 249-0100
(914) 249-0111 fax

www.gklaw.us

**MEMO ENDORSED**

Of Counsel
Raina E. Maissel °
Senator Stephen M. Saland
Robert C. Vincent, Jr

Joseph H. Gellert
(1907-1989)

*Also Admitted in CT
▲Also Admitted in NJ
#Also Admitted in MA & FL
°Also Admitted in England

March 19, 2008



**VIA ECF AND FACSIMILE**
Judge Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street, Room 533
White Plains, NY 10601-4150

    Re:  Wimmer v. Lumber Liquidators, Inc. et al
          Case No. 07 Civ. 10599
          Our File No. 26736.0003

Dear Judge Karas:

    We are counsel to defendant Lumber Liquidators, Inc. with respect to the referenced matter. A rule 16 conference was scheduled for March 25, 2008 at 2:30 PM. Counsel for all parties have agreed to the adjourn the conference to March 28, 2008 at 11:15 AM. We previously conferred with Chambers regarding this adjournment date.

    Thank you.

                                  Respectfully yours,

                                  GELLERT & KLEIN, P.C.
                                  BY:

                                  *Lillian S. Weigert/jo*
                                  LILLIAN S. WEIGERT

LSW/ajs
cc: Livingston Haskell, Esq.
    J. Scott Greer, Esq.
    Michael Martin, Esq.

                                                        SO ORDERED

                                               KENNETH M. KARAS, U.S.D.J.
                                               3/19/08

F:\USER\clients\L\Lumber Liquidators\Letters\Karas ltr 3-19-08.wpd