Martin Law Group, P.C.
2644 East Main Street
Wappingers Falls, New York 12590
(845) 440-8594
Fax (845) 440-8596

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

KLAUS WIMMER,                                   APPEARANCE

                Plaintiff,                  07 CIV 10599

-against-

LUMBER LIQUIDATORS, INC.
and BOSTIK, INC.
                Defendant.

------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel of record for Plaintiff, Klaus Wimmer.

I certify that I am admitted to practice in this Court.

Dated: Wappingers Falls, New York
       March 28, 2008

                                              Michael A. Martin (MM 9450)
                                              Martin Law Group, P.C.
                                              *Attorney for Plaintiff*
                                              2644 East Main Street
                                              Wappingers Falls, New York 12590